Louis Goldman, trustee for the benefit of creditors of Slade, Tenney & Weadley, appellant, v. P. N. Nelson Company, appellee. Gen. No. 32,693.

Opinion filed May 14, 1928.

Goldman, Allshouse & Healy, for appellant; Robert G. Dreffein, of counsel. Burry, Johnstone & Peters, for appellee; Arthur Dixon, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

William B. Engelhardt, plaintiff in error, v. August A. Meyer et al., defendants in error. Gen. No. 31,131.

Opinion filed May 14, 1928.

Leesman & Roemer, for plaintiff in error; Raymond C. Schnell, of counsel. Albert R. Gates and William J. Lacey, for defendants in error.

Mr. Justice O'Connor delivered the opinion of the court.

Albin Anderson, plaintiff in error, v. Harry Glisker et al., defendants in error. Gen. No. 32,208.

Opinion filed May 14, 1928.

Rehearing denied May 29, 1928.

John E. Owens, for plaintiff in error; Raymond C. Schnell, of counsel. Philip P. Sachs, for defendants in error; Arthur R. Seelig, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Thomas J. Grady, appellant, v. Thomas Maloney, appellee. Gen. Nos. 32,289 and 32,290.

Eric A. Hoelter, appellant, v. Thomas Maloney, appellee. Gen. No. 32,291.

Opinion filed May 14, 1928.

George F. Barrett, Charles V. Barrett and John E. McCoy, for appellants; Guy Van Schaick, of counsel. M. D. Dolan, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.